REINERT, Appellant, v. SCHMIDT, Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by Matilda Reinert against Johanna Schmidt. G. H. Taylor, Jr., of New York City, for appellant. J. Miller, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re REINHARDT. (Supreme Court, Appellate Division, First Department. April 24, 1914.) In the matter of Isaac B. Reinhardt, an attorney. No opinion. Referred to official referee. Settle order on notice.

REISER, Appellant, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Benny Reiser against the Edison Electric Illuminating Company of Brooklyn.

PER CURIAM. Motion to resettle order of affirmance (145 N. Y. Supp. 1142) denied, without costs.

JENKS, P. J., took no part.

REITMEIER, Respondent, v. REITMEIER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by William J. Reitmeier against Catherine C. Reitmeier.

PER CURIAM. Order affirmed, without costs.

CARR, J., not voting.

RENAULT FRÈRES SELLING BRANCH, Inc., Respondent, v. SEWALL & ALDEN, Appellant. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by the Renault Frères Selling Branch, Incorporated, against Sewall & Alden. J. M. Allen, of New York City, for appellant. W. C. Low, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 App. Div. 888, 138 N. Y. Supp. 313.

REYNOLDS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Helen M. Reynolds, an infant, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

RICHTER v. KRATENSTEIN et al. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Herman Richter against Lena Kratenstein, and others. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1110.

RIEHL, Appellant, v. AUSTIN, Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Charles' G. Riehl against Arthur C. Austin. F. Stewart, of New York City, for appellant. B. F. Norris, of New York City, for respondent. No opinion. 147 N.Y.S.—72

Judgment affirmed, with costs. Order filed. See, also, 155 App. Div. 207, 140 N. Y. Supp. 217.

In re RISLEY. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) In the matter of Edwin H. Risley, an attorney and counselor at law. No opinion. Certified copy of record of conviction in Supreme Court, Herkimer County, filed, and the name of said Edwin H. Risley stricken from the roll of attorneys and counselors.

RITER–CONLEY MFG. CO., Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by the Riter-Conley Manufacturing Company against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

RIVERS & HARBORS IMPROVEMENT CO., Respondent, v. BARNABY, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by the Rivers & Harbors Improvement Company against Frank A. Barnaby. I. M. Dittenhoefer, of New York City, for appellant. A. B. Siegel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROTHBARTH et al., Appellants, v. HERZFELD et al., Respondents. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Martin Rothbarth and others against Felix Herzfeld and others. G. H. Engelhard, of New York City, for appellants. B. Naumberg, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re ROBERTS' ESTATE. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) In the matter of the estate of Charles H. Roberts, deceased. No opinion. Decree unanimously affirmed, with costs.

ROBERTS v. SPENCER et al. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Louis P. Roberts against James C. Spencer and others. T. T. Baylor, of New York City, for appellant. J. Potts, of New York City, for respondents. No opinion. As to defendant Spencer, judgment and order affirmed, with costs. As to defendant Gearing, judgment and order reversed, and a new trial ordered, with costs to appellant to abide event. Settle order on notice.

ROBINSON, Respondent, v. ALBERGER PUMP & CONDENSER CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by James Robinson against the Alberger Pump & Condenser Company. No opinion. Judgment and order unanimously affirmed, with costs.